

North Carolina Western
MEMORANDUM

**Date:** November 10, 2008

**To:** The Honorable Lacy H. Thornburg U.S. District Judge

**From:** Mark D. Corbin
U.S. Probation Officer

**Subject:** Brian Steven
SQUIRREL 2:03CR25-01
Bond Modification

On 1/29/04 the above-named individual appeared before Your Honor and was sentenced to 50 months imprisonment followed by 2 years supervised release for the offense of By Force, Violence or Intimidation Took Proceeds of Another (3 counts) in violation of 18 USC 2111, 1153. On 11/9/06 he was released from the Federal Bureau of Prisons to begin serving his 2 year term of supervised release.

On 9/2/08 a warrant was issued for violating the conditions of supervised release. He received new law violations of Disorderly Conduct, Criminal Mischief and Assault on a Law Enforcement Officer. The charges were pending when the warrant was issued. On 9/3/08 in Tribal Court, he pled guilty to Assault on a Law Enforcement Officer and the Disorderly Conduct and Criminal Mischief charges were dismissed.

On 10/9/08 he appeared before the Honorable Dennis Howell, U.S. Magistrate Judge, and was released on bond to attend the Champ Program at the McLeod Center in Charlotte. On 10/14/08 he entered the Champ Program and has fully complied with all treatment requirements.

On 11/7/08 he notified Patty Lyles with the Champ Program that his brother, Denny Jackson, had been murdered. He requested permission to be released from the Champ Program to be with his family during the viewing and funeral.

I am respectfully requesting the defendant be released from the Champ Program to attend a private family viewing this date at 6 pm. He will be allowed to stay at his mother's residence located at 75 Tooni Branch Road, Cherokee, NC, attend his brother's viewing scheduled for 11/11/08 from 10 am to 2 pm and the funeral at 2 pm. He will then return to the McLeod Center in Charlotte, NC by 8 pm on 11/11/08.

Thank you in advance for your consideration in this matter.

Sincerely,

MDC

_____

Approved: X \_

_____

Not Approved: \_

Signed: November 10, 2008

Lacy H. Thornburg
United States District Judge